MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):   ZAFFKE, KENNETH L
             ZAFFKE, AUDREY A

CASE NUMBER:   10-32853:

PLEASE CHECK ONE:

☐   UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 8 | $29.95 | $1.02 |

DATE  10/5/11                              _____
                                           TRUSTEE

DISTRIBUTION:
    Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

October 5, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   KENNETH L. ZAFFKE
      AUDREY A. ZAFFKE
      Bankruptcy Case No.: 10-32853
      Date of Filing: 04/22/10

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 109 in the amount of $1.02 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures

